THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE BURNHARDT, Appellant.

(Argued May 3, 1929; decided May 28, 1929.)

*R. Monell Herzberg* for appellant.

*Thomas A. Cookingham, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.